THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 The State, Respondent,
 v.
 Morris Sullivan, Appellant.
 
 

Appeal From Greenville County
  D. Garrison Hill, Circuit Court Judge

Unpublished Opinion No. 2008-UP-478
 Submitted August 1, 2008 File August 11,
2008

APPEAL DISMISSED

 
 
 
 Appellate Defender Robert M. Dudek, South Carolina Commission on
 Indigent Defense, Division of Appellate Defense, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, all
 of Columbia; and Solicitor Robert M. Arial, of Greenville, for Respondent.
 
 
 

PER CURIAM: Morris Sullivan appeals his convictions and sentences
 for voluntary manslaughter, possession of a firearm during the commission of a
 violent crime, and possession of a firearm by a person under the age of
 twenty-one.  Sullivans appellate counsel filed a brief and attached a petition
 to be relieved as counsel pursuant to Anders v. California, 386 U.S. 738
 (1967).  Counsel argues the trial court erred by not directing a verdict by
 reason of self-defense and defense of habitation.  Sullivan also filed a pro se brief.  After a thorough review
 of the record, counsels brief, and Sullivans pro se brief
 pursuant to Anders v. California, 386 U.S. 738 (1967), and State v.
 Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss[1] Sullivans appeal and grant counsels motion to be relieved. 
APPEAL
 DISMISSED.
KONDUROS, J., CURETON, A.J., and GOOLSBY, A.J.,
 concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.